# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 30, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

```
┌─────────────────────────┐
│         FILED           │
│      Mar 31, 2026       │
│ KELLY L. STEPHENS, Clerk│
└─────────────────────────┘
```

Re:  Veltor Underground, LLC
     v. Small Business Administration, et al.
     No. 25-956
     (Your No. 24-2025)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk